UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**FILED**

**FEB 04 2015**

CASE NO: 5:15-MJ-1139-RN

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES OF AMERICA )
                         )
        V.               )
                         ) CRIMINAL INFORMATION
JOHNSON, KRISTI A.       )
                         )

Defendant:

The United States Attorney charges:

### COUNT ONE

THAT, on or about DECEMBER 28, 2010, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JOHNSON, KRISTI A., did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he/she had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

### COUNT TWO

THAT, on or about DECEMBER 28, 2010, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JOHNSON, KRISTI A., did

knowingly use, or possess with the intent to use, drug paraphernalia, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 90-113.22.

## COUNT THREE

THAT, on or about DECEMBER 28, 2010, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JOHNSON, KRISTI A., did operate a motor vehicle on a highway without being properly licensed while driving the vehicle, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-7a.

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY:
JOHN T. BENNETT
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222