IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-MJ-1139

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KRISTI A. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

Where defendant failed to respond to the notice of a mandatory appearance in the United States District Court for the Eastern District of North Carolina at Fayetteville;

IT IS HEREBY ORDERED that defendant shall appear before this court at **8:00 a.m.** on **April 7, 2016**, at the **United States Courthouse, 301 Green Street, Fayetteville, North Carolina**, and show cause, if any, why defendant should not be held in contempt of court for failing to appear for initial appearance on March 4, 2015. Failure to do so may result in imprisonment, a fine, or both.

SO ORDERED, this the 19th day of February, 2016.

*Robert T. Numbers II*
_____
ROBERT T. NUMBERS II
United States Magistrate Judge